IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY GARCIA,

    Petitioner,                         No. 2:08-cv-3099 GEB KJN P

    vs.

WARDEN MICHAEL MARTEL,

    Respondent.                     <u>ORDER</u>

                            /

        Petitioner, a state prisoner proceeding without counsel, has filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus, and moves for a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing, or state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        Petitioner challenges this court's rulings that his action was time-barred and that his claim of actual innocence did not meet the requirements for overcoming this statute of limitations bar and convening an evidentiary hearing. See Magistrate Judge's Findings and

1  Recommendations, filed February 25, 2010 (Docket No. 37), and Order Adopting Findings and
2  Recommendations, filed March 31, 2010 (Docket No. 39).  Petitioner has therefore not made a
3  substantial showing of the denial of a constitutional right.
4         Accordingly, petitioner's motion for a certificate of appealability (Dkt. No. 43) is
5  denied.
6         SO ORDERED.
7  Dated:  May 18, 2010

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```